# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL, AND TRANSPORTATION WORKERS (SMART) - TRANSPORTATION DIVISION, <br><br> Defendant. | **8:19CV31** <br><br> **ORDER** |
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS - TRANSPORTATION DIVISION, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> Defendant. | **8:19CV50** <br><br> **ORDER** |

This matter is before the Court on the parties' stipulation for consolidation of two related cases pending before the Court: *Union Pacific R.R. Co. v. Int'l Assoc. of Sheet Metal, Air, Rail and Transportation Workers (SMART) - Transportation Division*, Case No. 8:19CV31, and *Int'l Assoc. of Sheet Metal, Air, Rail and Transportation Workers -Transportation Division v. Union Pacific R.R. Co.*, Case No. 8:19CV50. Upon review of the Stipulation, the Court finds that consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted. Accordingly,

**IT IS ORDERED:**

1. The parties' Stipulation for Consolidation (Filing No. 13 in Case No. 8:19CV50) is granted.

2. The above-captioned cases are consolidated for all purposes. The Court designates Case No. 8:19CV31 as the "Lead Case" and Case No. 8:19CV50 as the "Member Case."

3. The Court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. The parties are instructed to file documents in the Lead Case and to select the option "yes" in response to the System's question whether to spread the text.

4. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

5. If a party believes an item in addition to those described in paragraph 3 should not be filed in all the consolidated cases, the party must move for permission to file the item in the Member Case. The motion must be filed in both the consolidated cases using the spread text feature.

Dated this 6th day of February, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge