# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL, AND TRANSPORTATION WORKERS (SMART) - TRANSPORTATION DIVISION,<br><br>      Defendant. | **8:19CV31**<br><br>**ORDER** |
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS - TRANSPORTATION DIVISION,<br><br>      Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>      Defendant. | **8:19CV50**<br><br>**ORDER** |

This matter is before the Court following a telephone conference held with counsel for the parties on May 1, 2019. In accordance with the matters discussed during the conference,

**IT IS ORDERED:**

1) On or before **June 21, 2019**, the parties shall file the joint Administrative Record.

2) This case will be resolved by cross-motions for summary judgment, which shall be filed on or before **July 22, 2019**. The briefs responding to the opposing party's summary judgment motion shall be filed on or before **August 12, 2019**. The parties' reply briefs shall be filed on or before **August 19, 2019**, after which the matter will be fully submitted to the Court.

Dated this 1st day of May, 2019.

                                              BY THE COURT:

                                              s./Michael D. Nelson<br>
                                              United States Magistrate Judge