IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL, AND TRANSPORTATION WORKERS (SMART) - TRANSPORTATION DIVISION,<br><br>Defendant. | **8:19-CV-31**<br><br>**JUDGMENT** |
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS - TRANSPORTATION DIVISION,<br><br>Petitioner,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Respondent. | **8:19-CV-50**<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order of this date,

IT IS ORDERED:

1. International Association of Sheet, Metal, Air, Rail, and Transportation Workers – Transportation Division's (SMART's) Motion for Attorney Fees and Costs, Filing 30 in case 8:19-CV-31 and Filing 37 in case 8:19-CV-50, is granted;

2. SMART is awarded total costs of $600 and total attorney fees of $18,489 in the consolidated cases at 8:19-CV-31 and 8:19-CV-50.

Dated this 3rd day of January, 2020.

BY THE COURT:

Brian C. Buescher
United States District Judge

1